PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
JAMES S. EICHER, JR., State Bar No. 213796
jeicher@lbaclaw.com
ROCCO ZAMBITO, JR., State Bar No. 306115
rzambito@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
150 South Los Robles Avenue, Suite 660
Pasadena, California 91101
Telephone No. (818) 545-1925

Attorneys for Defendant
County of Ventura

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEANA LOUIS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF VENTURA; COUNTY OF VENTURA SHERIFF'S DEPARTMENT; DEPUTY DOES 1-10,<br><br>　　　　Defendants. | Case No. 2:22-cv-00493-FWS (KSx)<br><br>Honorable Fred W. Slaughter<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL DATES**<br><br>Pre Trial Conference Date:<br>September 28, 2023<br><br>Trial Date:<br>October 10, 2023 |

TO THE HONORABLE COURT, ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on July 14, 2023, the Parties participated in a mediation session and reached a settlement of this entire case. The Parties are finalizing a written settlement agreement and release and will jointly file a

stipulation for dismissal of Plaintiff's entire action with prejudice, pursuant to Rule 41.

The Parties respectfully request the Court vacate all pending dates, including trial, and set an Order to Show Cause Re: Dismissal on or about September 1, 2023. The Parties anticipate the filing of a Rule 41 stipulation for dismissal and proposed order seeking dismissal of this entire matter, with prejudice, prior to the OSC date.

Dated: July 27, 2023                    LAWRENCE BEACH ALLEN & CHOI, PC

                                        By    /s/ James S. Eicher, Jr.
                                              James S. Eicher, Jr.[1]
                                              Rocco Zambito, Jr.
                                              Attorneys for Defendant
                                              County of Ventura

Dated: July 27, 2023                    GILL LAW FIRM

                                        By    /s/ Faisal Gill
                                              Faisal Gill
                                              Aimee Gill
                                              Attorneys for Plaintiff
                                              Teana Louis

---

[1] As the filer of this Notice of Settlement, I, James S. Eicher, Jr., attest that counsel for Plaintiff concurs in the contents of the Notice and has authorized its filing with an electronic signature.