**NOTE: CHANGES MADE BY COURT**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEANA LOUIS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF VENTURA; COUNTY OF VENTURA SHERIFF'S DEPARTMENT; DEPUTY DOES 1-10,<br><br>　　　　Defendants. | Case No. 2:22-cv-00493-FWS (KSx)<br><br>Honorable Fred W. Slaughter<br><br>**ORDER RE STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE [63]** |

///

///

///

Having reviewed and considered the Stipulation to Dismiss Entire Action with Prejudice [63], the files and records of the case, and good cause appearing, the court **ORDERS** the following:

The above-captioned action is **DISMISSED WITH PREJUDICE** in its entirety, with all parties to bear their own costs and attorneys' fees pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii).

**IT IS SO ORDERED**.

Dated: September 21, 2023

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE